UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** PragmaticPlay International Ltd.

**Defendant(s):** AGENPRAGMATICPLAY.live ;
DEMOPRAGMATICPLAY.xn--6frz82g ;
PRAGMATICPLAY.app ;
PRAGMATICPLAY.bet ;
PRAGMATICPLAY.center ;
PRAGMATICPLAY.fans ;
PRAGMATICPLAY.ink ;
PRAGMATICPLAY.life ;
PRAGMATICPLAY.pro ;
PRAGMATICPLAY.top ;
PRAGMATICPLAY.world ;
PRAGMATICPLAYINDONESIA.live ;
SLOTONLINEPRAGMATICPLAY.page ;
AGENPRAGMATICPLAY.pro ;
DEMOPRAGMATICPLAY.fun ;
DEMOPRAGMATICPLAY.online ;
DEMOPRAGMATICPLAY.xyz ;
GAMEPRAGMATICPLAY.pro ;
PRAGMATICPLAY.agency ;
PRAGMATICPLAY.asia ;
PRAGMATICPLAY.biz ;
PRAGMATICPLAY.bond ;
PRAGMATICPLAY.cfd ;
PRAGMATICPLAY.cool ;
PRAGMATICPLAY.cyou ;
PRAGMATICPLAY.dev ;
PRAGMATICPLAY.digital ;
PRAGMATICPLAY.download ;
PRAGMATICPLAY.events ;
PRAGMATICPLAY.fun ;
PRAGMATICPLAY.group ;
PRAGMATICPLAY.help ;
PRAGMATICPLAY.info ;
PRAGMATICPLAY.link ;
PRAGMATICPLAY.monster ;
PRAGMATICPLAY.one ;
PRAGMATICPLAY.online ;
PRAGMATICPLAY.site ;

PRAGMATICPLAY.tech ;
PRAGMATICPLAY.today ;
PRAGMATICPLAY.tools ;
PRAGMATICPLAY.uk ;
PRAGMATICPLAY.website ;
PRAGMATICPLAY.win ;
PRAGMATICPLAY.xn--6frz82g ;
PRAGMATICPLAY123.xyz ;
PRAGMATICPLAY88.xyz ;
PRAGMATICPLAYDEMO.biz ;
PRAGMATICPLAYDEMO.xn--6frz82g ;
PRAGMATICPLAYDEMO.xyz ;
PRAGMATICPLAYINDONESIA.asia ;
PRAGMATICPLAYINDONESIA.online ;
PRAGMATICPLAYINDONESIA.xyz ;
PRAGMATICPLAYNONANZAGACOR.xyz ; PRAGMATICPLAYSLOT.biz ;
PRAGMATICPLAYSLOT.games ;
PRAGMATICPLAYSLOT.site ;
PRAGMATICPLAYSLOT.xyz ;
PRAGMATICPLAYSLOTS.co.uk ;
SGMPRAGMATICPLAY.xyz ;
SLOTPRAGMATICPLAY.dev ;
SLOTPRAGMATICPLAY.live ;
SLOTPRAGMATICPLAY.xyz ;
SLOTPULSAPRAGMATICPLAY88.xyz ;
PRAGMATICPLAY.cam ;
PRAGMATICPLAY.codes ;
PRAGMATICPLAYFREE.biz ;
SLOTPRAGMATICPLAY.biz ;
PRAGMATICPLAYINDONESIA.biz ;
DEMOPRAGMATICPLAY.club ;
PRAGMATICPLAY-SLOT.club ;
SLOTPRAGMATICPLAY.club ;
AGENPRAGMATICPLAY.vip ;
PRAGMATICPLAY.club ;
PRAGMATICPLAY.vip ;
PRAGMATICPLAYINDONESIA.club ;
PRAGMATICPLAYS.vip ;
PRAGMATICPLAYSLOT.club ;
SLOTPRAGMATICPLAY.vip ;
PRAGMATICPLAY.space ;
PRAGMATICPLAY.com.co

County of Residence: Outside the State of Arizona

County of Residence: Maricopa

County Where Claim For Relief Arose: Outside the State of Arizona

Plaintiff's Atty(s):

**Sara Witthoft , Attorney**
**Thorpe Shwer**
**3200 North Central Ave, Suite 1560**

Defendant's Atty(s):

Phoenix, Arizona  85012
6026826102


**William Thorpe**
**Thorpe Shwer**
**3200 N. Cenrtral Avenue, Suite 1560**
**Phoenix, Arizona  85012**
**6026826100**


**David Weslow**
**Wiley Rein LLP**
**2050 M Street NW**
**Washington, DC  20036**


**Adrienne Kosak**
**Wiley Rein LLP**
**2050 M Street NW**
**Washington, DC  20036**


**Ari Meltzer**
**Wiley Rein LLP**
**2050 M Street NW**
**Washington, DC  20036**

---

II. Basis of Jurisdiction:         **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
               Plaintiff:- **N/A**
               Defendant:- **N/A**

IV. Origin :          **1. Original Proceeding**

V. Nature of Suit:    **840 Trademark**

VI. Cause of Action:    **15 U.S.C. § 1125(d)(2)(C)**

VII. Requested in Complaint
         Class Action: **No**
         Dollar Demand:
         Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature:  Sara Witthoft**

    Date:  03-23-2023

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**