William Thorpe (AZ State Bar No. 005641)
Sara R. Witthoft (AZ State Bar No. 023521)
THORPE SHWER, P.C.
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012
Telephone: (602) 682-6100
Facsimile: (602) 682-6149
wthorpe@thorpeshwer.com
switthoft@thorpeshwer.com
docket@thorpeshwer.com

David E. Weslow (admitted *pro hac vice*)
Adrienne J. Kosak (admitted *pro hac vice*)
Ari Meltzer (admitted *pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
dweslow@wiley.law
akosak@wiley.law
ameltzer@wiley.law

*Attorneys for Plaintiff*
*PragmaticPlay International Ltd.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| PragmaticPlay International Ltd.,<br>　　　　　　Plaintiff,<br>　v.<br><br>Agenpragmaticplay.live and 80 additional domain names,<br><br>　　　　　　Defendants. | Case No.  2:23-cv-00497-DLR<br><br>**STIPULATION FOR ENTRY OF CONSENT JUDGMENT WITH RESPECT TO DEFENDANT PRAGMATICPLAY.CODES** |

　　　　Plaintiff PragmaticPlay International Ltd. ("Plaintiff") and the owner of the Defendant domain name PragmaticPlay.codes, Andrejs Beketovs (collectively, the "Parties"), hereby stipulate and agree to the following terms, and seek the Court's entry of consent judgment as follows:

1

WHEREAS, on March 23, 2023, Plaintiff initiated this action asserting violations of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), against 81 Defendant domain names;

WHEREAS, PragmaticPlay.codes is one of the 81 Defendant domain names in this action;

WHEREAS, Andrejs Beketovs owns all rights, title, and interest in PragmaticPlay.codes and is empowered to enter into agreements regarding its disposition;

WHEREAS, the parties wish to resolve the dispute raised in this action;

WHEREAS, PragmaticPlay.codes is currently locked by its domain registrar NameCheap, Inc. as required by 15 U.S.C. 1125(d)(2)(D)(i), preventing transfer of the domain during the pendency of this action absent the Court's order.

ACCORDINGLY, the Parties stipulate and seek entry of Consent Judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure, on the following terms:

1. Judgment will be entered in favor of Plaintiff on Count I of the Complaint pursuant to 15 U.S.C. 1125(d) as to PragmaticPlay.codes.
2. NameCheap, Inc. will be directed to unlock PragmaticPlay.codes and take all necessary steps to effectuate transfer of PragmaticPlay.codes to Plaintiff.
3. Plaintiff and the owner of PragmaticPlay.codes shall each bear their own costs and attorneys' fees incurred in connection with this action.
4. This Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Consent Judgment, the enforcement thereof, or the punishment of any violations thereof.
5. The prevailing party in any proceeding to enforce the terms of this Consent Judgment shall be entitled to an award of his attorneys' fees and costs.

The undersigned hereby stipulate to the above facts and conclusions and consent to the entry of Consent Judgment on the foregoing terms. Signatures to this Stipulation may be obtained and exchanged by scanned copy and/or facsimile.

RESPECTFULLY SUBMITTED this ___ day of _____, 2023.

**THORPE SHWER, P.C.**

By *(signature: Sara R. Witthoft)*
William L. Thorpe
Sara R. Witthoft

&

**WILEY REIN LLP**

By *(signature)*
David E. Weslow (admitted *pro hac vice*)
Adrienne J. Kosak (admitted *pro hac vice*)
Ari Meltzer (admitted *pro hac vice*)

*Attorneys for Plaintiff PragmaticPlay International Ltd.*

By *(signature)*
Andrejs Beketovs

*On behalf of himself and PragmaticPlay.codes*

3