1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9  PragmaticPlay International Ltd,                    No. CV-23-00497-PHX-DLR

10                    Plaintiff,                       **CONSENT JUDGMENT**

11  v.

12  Agenpragmaticplay.live, et al.,

13                    Defendants.

14

15

16      The Court having reviewed the Stipulation for Entry of Consent Judgment with

17  Respect to Defendant Pragmaticplay.codes (Doc. 16) filed by Plaintiff PragmaticPlay

18  International Ltd. and Defendant domain name PragmaticPlay.codes through Andrejs

19  Beketovs (collectively, the "Parties"), and finding good cause;

20      **IT IS ORDERED** that, pursuant to the parties' stipulation and Rule 54,  Federal

21  Rules of Civil Procedure,

22      **IT IS HEREBY ORDERED AND ADJUDGED** that:

23      1.      Judgment is hereby entered in favor of Plaintiff on Count I of the Complaint

24  pursuant to 15 U.S.C. 1125(d) as to PragmaticPlay.codes.

25      2.      NameCheap, Inc. is directed to unlock PragmaticPlay.codes and take all

26  necessary steps to effectuate transfer of PragmaticPlay.codes to Plaintiff.

27      3.      Plaintiff and the owner of PragmaticPlay.codes shall each bear their own

28  costs and attorneys' fees incurred in connection with this action.

4.     This Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Consent Judgment, the enforcement thereof, or the punishment of any violations thereof.

5.     The prevailing party in any proceeding to enforce the terms of this Consent Judgment shall be entitled to an award of his attorneys' fees and costs.

Dated this 8th day of June, 2023.


_____
Douglas L. Rayes
United States District Judge