IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PragmaticPlay International Ltd,<br><br>Plaintiff,<br><br>v.<br><br>Agenpragmaticplay.live, et al.,<br><br>Defendants. | **NO. CV-23-00497-PHX-DLR**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and upon instruction by the Court, judgment is entered in favor of Plaintiff and default judgment is hereby entered against each of the Defendant Domain Names. Registry Services LLC shall change the registrars of record for all Defendant Domain Names within its control to Plaintiff's domain name registrar of choice, SafeNames Ltd. The registrars SafeNames Ltd., NameSilo, LLC, GoDaddy.com LLC, and NameCheap, Inc. shall take all necessary steps to have Plaintiff PragmaticPlay International Ltd. listed as the registrant for the Defendant Domain Names.

Debra D. Lucas
District Court Executive/Clerk of Court

January 10, 2024

By   s/ Kathren Gray
     Deputy Clerk